IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL S. OWLFEATHER-GORBEY** | ) ) | **CASE NO. 7:17CV00218** |
| Petitioner, | ) ) | |
| v. | ) ) | **FINAL ORDER** |
| **WARDEN, USP LEE,** | ) ) | **By: Norman K. Moon** |
| Respondent. | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Respondent's motion to dismiss (ECF No. 10) is **GRANTED**;

(2) This action is **STRICKEN** from the active docket of this court; and

(3) Concluding that Gorbey has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This  15th  day of November, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE